**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JIANSHENG CAO, | No. 09-73011 |
| Petitioner, | Agency No. A099-398-448 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 17, 2012[**]

Before:     LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

Jiansheng Cao, a native and citizen of China, petitions for review of the

Board of Immigration Appeals' order dismissing his appeal from an immigration

judge's decision denying his application for asylum, withholding of removal, and

protection under the Convention Against Torture ("CAT").  Our  jurisdiction is

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

governed by under 8 U.S.C. § 1252.  We review for substantial evidence the agency's factual findings and review de novo its legal conclusions.  *Santos-Lemus v. Mukasey*, 542 F.3d 738, 742 (9th Cir. 2008).   We deny in part and dismiss in part the petition for review.

Substantial evidence supports the agency's determination that even if credible, Cao did not establish that the Chinese police targeted him on account of a protected ground.  *See Parussimova v. Mukasey*, 555 F.3d 734, 740-41 (9th Cir. 2009) ("[t]he Real ID Act requires that a protected ground represent 'one central reason' for an asylum applicant's persecution").  Thus, his asylum claim fails.

The agency determined that Cao waived his withholding of removal and CAT claims by failing to meaningfully challenge them.  Cao does not challenge this determination.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part**.

09-73011